# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUN - 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 12CR-0059 LJO-SKO |
| Derek Hoyt ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Derek Hoyt_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing conditions number 7(i) that pertains to drug/alcohol treatment, and 7(s) that pertains to Location Monitoring and Curfew.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  6-4-12           _____[signature]_____  6-4-12
Signature of Defendant   Date              Pretrial Services Officer   Date
Derek Hoyt                                 Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                                               6/4/12
Signature of Assistant United States Attorney                       Date
Kevin Rooney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                                               6/4/12
Signature of Defense Counsel                                        Date
Caroline McCreary

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  6/4/12 .
[ ] The above modification of conditions of release is *not* ordered.

_____[signature] Sheila K. Oberto_____                              6/4/12
Signature of Judicial Officer                                       Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services