**CAROLINE C. McCREARY, ESQ. SBN # 176563**
Law Office of Caroline C. McCreary
7081 N. Marks Avenue, Ste. 104
Fresno, California 93711

Attorney for Defendant:   DEREK HOYT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:12 CR 0059 |
| Plaintiff, | ) |
| | ) **WAIVER OF PERSONAL APPEARANCE FOR** |
| vs. | ) **ARRAIGNMENT AND ORDER THEREON** |
| | ) |
| | ) [ Rule 10(B)(2) – F.R.Crim.P.] |
| DEREK HOYT, | ) |
| | ) Hearing Date: March 4, 2013 |
| Defendant. | ) Time: 1:00 pm |
| | ) Dept.: Judge Oberto |

        **PURSUANT** to Rule 10(B)(2), F.R.Crim.P., Defendant, **DEREK HOYT**, having been advised of his right to be present at all stages of the proceedings, hereby waive his right to be present in person in open court at the Status Hearing on the Courts calendar for Monday, March 4, 2013 at 1:00 p.m. and requests the court to proceed in his absence and agrees that his interests will be deemed represented at said Status Hearing by the presence of his Attorney  **CAROLINE C. McCREARY**.

        Defendant, DEREK HOYT further agrees that Attorney, CAROLINE C. McCREARY may continue the Status Hearing on his behalf to a date available on all parties calendars.

\\\

Dated: February 28, 2013                     **LAW OFFICE OF CAROLINE C. McCREARY**

                                             _____/s/_____ Caroline C. McCreary
                                             **CAROLINE C. McCREARY, ESQ.**


Dated: February 28, 2013                     _____/s/_____ Derek Hoyt_____
                                             **DEREK HOYT - DEFENDANT**



                                        **ORDER**


        At the October 1, 2013, status conference, the parties were to be prepared to set a trial date at the

next status conference which is set for March 4, 2013.   The Defendant's request for waiver of appearance at

the March 4, 2013, trial setting conference is GRANTED; provided, however, that Defendant shall be

personally present at the *trial confirmation hearing* which shall take place before District Judge Lawrence J.

O'Neill following the setting of a trial date.

IT IS SO ORDERED.

    Dated:   __**March 1, 2013**__            _____**/s/ Sheila K. Oberto**_____
                                             UNITED STATES MAGISTRATE JUDGE