# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 16 2013
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:12CR0059 LJO SKO |
| Derek Hoyt ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Derek Hoyt_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the Additional Conditions of Release on page two of the Order Setting Conditions of Release filed with the Court on February 28, 2012.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 7-6-13          _____ 7-10-13
Signature of Defendant   Date         Pretrial Services Officer   Date
Derek Hoyt                             Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____ 7/12/13            7/11/13
Signature of Assistant United States Attorney    Date
Kevin Rooney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    7/11/13
Signature of Defense Counsel         Date
Carrie C. McCreary

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   7/15/13
[ ] The above modification of conditions of release is *not* ordered.

_____                    7/15/13
Signature of Judicial Officer        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services